Order issued: September 14, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00324-CV

ALVIN LEE, Appellant

V.

CHAI SUKUMPANTANASARN, Appellee

On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-09977

## ORDER

By order dated July 30, 2012, the Court ordered Diane Robert, Official Court Reporter for the 14th Judicial District Court of Dallas County, Texas, to file either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. We cautioned appellant that if we received verification of no request, we would order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). On July 31, 2012, the Court received a letter from Ms. Robert informing the Court that she did not receive a request to prepare the reporter's record.

Accordingly, we **ORDER** the appeal submitted without the reporter's record. Appellee's brief is due September 19, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE